AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis
Joseph L. Sorkin

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the Reorganized TSC Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRESTAR CORPORATION, *et al.*,[1] | ) | Case No. 11-10612 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| ALSO ISMAEL PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 13-01334 (SHL) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| TERRESTAR CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***"); and (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and, collectively with the February Debtors, the "***Reorganized TSC Debtors***").

## APPELLEES' COUNTER DESIGNATION OF
## ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The documents filed by Aldo I. Perez on February 18, 2016 [Docket No. 49] (the "***Perez Designation***") fail to clearly state the issues to be presented on appeal.  In addition, the Perez Designation fails to properly list the document titles and docket numbers to be designated in the record on appeal.  As a courtesy to the Court, and to provide clarity to all parties in interest, Appellees, the Reorganized TSC Debtors, have reviewed the Perez Designation and the accompanying documents in an attempt to determine the issues to be presented on appeal by Mr. Perez.  Upon information and belief, Mr. Perez seeks to appeal (1) an order dated September 29, 2015 [Docket No. 40], whereby this Court granted the TSC Debtors' motion to dismiss Mr. Perez's complaint seeking to revoke this Court's Order confirming the Debtors' plan of reorganization on the basis that the order was procured by fraud in violation of 11 U.S.C. § 1144 (the "***Motion to Dismiss Order***"), and (2) an order dated January 15, 2016 [Docket No. 45] denying Mr. Perez's motion for reconsideration of the Motion to Dismiss Order.

Appellees, by their undersigned attorneys, hereby designate the following additional items to be included in the record on appeal pursuant to Federal Rule of Bankruptcy Procedure 8006.  To the extent that Mr. Perez challenges additional orders entered by this Court, Appellees reserve the right the supplement these designations.

| Adversary Proceeding No. 13-01334 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 04/23/2013 | 1 | Complaint |
| 07/01/2013 | 9 | The TSC Debtors' Motion to Dismiss Adversary Complaint |
| 07/01/2013 | 10 | Declaration of Douglas Brandon in Support of the TSC Debtors' Motion to Dismiss Adversary Complaint |

| Adversary Proceeding No. 13-01334 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 08/05/2013 | 12 | Transcript regarding Hearing Held on 7/31/13 RE: Motion to Dismiss Adversary Proceeding |
| 08/15/2013 | 13 | Amended Complaint against Aldo Ismael Perez to Revoke Order of Confirmation |
| 08/20/2013 | 14 | Motion for Attachment Motion for Leave to File Second Amended Complaint |
| 08/21/2013 | 15 | Amended Complaint against TerreStar Corporation Second Amended Complaint to Revoke Order of Confirmation |
| 09/19/2013 | 16 | Amended Complaint against Aldo Ismael Perez Notice of Filing Documents In Support of Certain Claims Made In Second Amended Complaint |
| 09/20/2013 | 17 | Statement Plaintiff, Aldo Ismael Perez's Notice of Discovery of Material and Critical Facts Relating to the 'Fabricated' Venue Issue Raised in Second Amended Complaint to Revoke Order of Confirmation |
| 05/05/2014 | 18 | Amended Complaint against Aldo Ismael Perez Unopposed Supplemental Motion for Leave to File Second Amended Complaint |
| 08/07/2014 | 21 | Motion to Dismiss Adversary Proceeding The TSC Debtors' Motion to Dismiss the Second Amended Adversary Complaint |
| 08/07/2014 | 22 | Declaration of Douglas Brandon in Support of the TSC Debtors' Motion to Dismiss the Second Amended Adversary Complaint |
| 10/08/2014 | 24 | Notice to Take Depositions of Douglas Brandon |
| 10/12/2014 | 25 | Motion to Compel Or, Alternatively, For Continuance |
| 10/17/2014 | 27 | Order Signed On 10/17/2014, Denying Request For Continuance |
| 10/23/2014 | 28 | Response to Motion *to Dismiss* |
| 10/28/2014 | 32 | Reply to Motion The TSC Debtors' Reply Memorandum of Law in Support of Motion to Dismiss the Second Amended Adversary Complaint |
| 10/28/2014 | 33 | Declaration of Joseph L. Sorkin in Support of the TSC Debtors' Reply Memorandum of Law in Support of Motion to Dismiss the Second Amended Adversary Complaint |

| Adversary Proceeding No. 13-01334 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 02/24/2015 | 34 | Transcript regarding Hearing Held on 10/29/2014 2:24PM RE: Motion To Dismiss Adversary Proceeding The TSC Debtors' Motion to Dismiss The Second Amended Adversary Complaint; Response to Motion |
| 07/29/2015 | 38 | Memorandum Endorsed Order Signed On 7/29/2015. "The Court has not sought any additional information regarding the pending motion to dismiss...." Re: Letter Filed By Aldo Perez Dated June 18, 2015 |
| 09/29/2015 | 40 | Memorandum Of Decision Signed On 9/29/2015, Re: Plaintiff's Motion To File A Second Amended Complaint And Debtor's Motion To Dismiss Case |
| 10/13/2015 | 41 | Motion to Reconsider Dismissal of Case / Memorandum of Law in Support of Plaintiff's Motion for Reconsideration of Memorandum Decision and Order Dismissing the Debtors' Motion to Dismiss the Second Amended Complaint (ECF No. 18-30) (the "Complaint") of the Plaintiff. Aldo Ismael Perex, in the above captioned Adversary Proceeding. Pursuant to Section 1144 of the Bankruptcy Code, the Complaint seeks to Revoke the Court's Order Confirming the Debtors' Plan of Reorganization on the basis that the order was procured by Fraud. The Officer's of this Court are playing a Revised Legal Game with their own created rules and the is fraud upon the Court |
| 01/15/2016 | 45 | Memorandum Of Decision And Order Signed On 1/15/2016, Denying Aldo Ismael Perez's Motion For Reconsideration |

| Bankruptcy Case No. 11-10612 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 7/22/2011 | 141 | Joint Chapter 11 Plan of Terrestar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., Terrestar Holdings Inc. and Terrestar New York Inc. |

| Bankruptcy Case No. 11-10612 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 8/3/2011 | 149 | Disclosure Statement for the Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holdings Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc. |
| 8/3/2011 | 150 | Motion for Entry of an Order (A) Approving the Disclosure Statement for the Joint Chapter 11 Plan of the TSC Debtors and (B) Establishing Solicitation and Voting Procedures with Respect to the Joint Chapter 11 Plan of the TSC Debtors |
| 8/5/2011 | 152 | Statement/Notice of Filing of Exhibits to the Disclosure Statement for the Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc. |
| 08/09/2011 | 154 | Letter regarding the recent announcement regarding the debtor's stock as being worthless to it[s] shareholders |
| 8/9/2011 | 157 | Letter Asking that an Independent Auditor Be Appointed in This Case filed by Aldo I. Perez. |
| 08/19/2011 | 168 | Letter *to* the Honorable Sean H. Lane Re: Appoint an unbiased equity committee to represent the common share holders |
| 8/29/2011 | 179 | Objection to Motion filed by Jeffrey M. Swarts. |
| 09/09/2011 | 196 | Objection To TSC Debtors' Disclosure Statement |
| 9/14/2011 | 200 | Examiner's Report /Examiner Request Supplemental Documents filed by Jeffrey M. Swarts |
| 9/15/2011 | 201 | Objection of the TSC Debtors to the Request for Appointment of an Examiner |
| 9/15/2011 | 203 | Motion to Join Reconsideration Request of Jeffrey M. Swarts for an Examiner |
| 9/15/2011 | 204 | Letter Supplemental Documents Relating to the Objection of the TSC Debtors to the Request for Appointment of an Examiner |
| 9/15/2011 | 207 | **(DOCUMENT FILED INCORRECTLY, SEE DOCUMENT 216 FOR CORRECT ENTRY**) Objection to Motion |

| Bankruptcy Case No. 11-10612 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 9/20/2011 | 213 | Transcript regarding Hearing Held on 09/19/2011 10:16 AM RE: (A) Motion for Entry of an Ex Parte Bridge Order; and (B) Third Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Soliticit Acceptance Thereof; Valuation Objections of Jeffrey M. Swarts in Response to the TSC Debtors' First Plan of Reorganization, Disclosures Exhibits D & F and Reconsideration Request for an Examiner Under Section 1104(c) and/or Official Equity Committee Under Section 1102(a)(2). |
| 9/15/2011 | 216 | Objection to Motion (related document(s)150) filed by Aldo I. Perez. |
| 9/23/2011 | 217 | Order Signed on 9/23/2011, Denying Requests for Appointment of an Examiner for the TSC Debtors. |
| 10/11/2011 | 232 | Motion to Appoint Examiner Motion of Aldo I. Perez for Reconsideration of Order Denying Motion to Appoint Examiner |
| 10/21/2011 | 246 | Transcript regarding Hearing Held on 09/21/2011 3:06 PM RE: Telephone Conference on the Record: Decision Re: Doc #190 & 179 Scheduling Order Signed on 9/7/11, Re: Valuation Objections of Jeffrey Swarts in Response to the TSC Debtors First Plan of Reorganization Disclosures Exhibits D & F and Reconsideration Request for an Examiner and /or Official Equity Committee. |
| 11/4/2011 | 253 | Objection to Motion TSC Debtors' Objection to Motion of Aldo I. Perez for Reconsideration of Order Denying Motion to Appoint Examiner |
| 11/14/2011 | 264 | Response Reply to Response to Reconsider Order Denying Appointment of Examiner (related document(s)232) filed by Nelson C. Bellido on behalf of Aldo I. Perez. |
| 11/15/2011 | 271 | Affidavit of Service of the Reply to Response to Motion to Reconsider Order Denying Appointment of Examiner |
| 11/15/2011 | 272 | Motion to Join Examiner Motion of Aldo Perez filed by Jeffrey M. Swarts. |

| | | Bankruptcy Case No. 11-10612 (SHL) |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 11/17/2011 | 287 | Transcript regarding hearing held on 11/16/2011 10:16 AM RE: Motion to Appoint Examiner Motion of Aldo I. Perez for Reconsideration of Order Denying Motion to Appoint Examiner Doc #187 Second Motion for Omnibus Objection to Claim(s) TSC Debtors Second Omnibus Objection to Certain Proofs of Claim (Amended and Superseded, Noncompliant, Fully Satisfied, Partially Satisfied and Improper Amount) (Re: Baljit Rai #33; Tom Truong #61; Paul Truong #64). |
| 11/30/2011 | 290 | Order Signed on 11/30/2011, Denying Motion of Aldo I. Perez for Reconsideration of Order Denying Motion to Appoint Examiner. |
| 12/5/2011 | 293 | Affidavit of Service of Eamon Mason - Order Denying Motion of Aldo I. Perez for Reconsideration of Order Denying Motion to Appoint Examiner. (related document(s)290) filed by Jeffrey S. Stein on behalf of The Garden City Group, Inc. (Stein, Jeffrey) (Entered: 12/05/2011) |
| 12/27/2011 | 313 | First Amended Plan [Joint] of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc. |
| 12/27/2011 | 314 | Amended Plan / Notice of First Amended Joint Chapter 11 Plan of the TSC Debtors |
| 12/27/2011 | 315 | First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc. |
| 12/27/2011 | 316 | Amended Disclosure Statement / Notice of First Amended Disclosure Statement for the Joint Chapter 11 Plan of the TSC Debtors |
| 01/05/2012 | 321 | Response - TSC Debtors' Reply to the Objections to the TSC Debtors' Proposed Disclosure Statement |
| 01/10/2012 | 331 | Statement /Notice of Filing Supplemental Objection of Aldo I. Perez to the TSC Debtors` Proposed Disclosure Statement |

| Bankruptcy Case No. 11-10612 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 01/11/2012 | 336 | Second Amended Plan [Joint] of the TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc. |
| 01/12/2012 | 337 | Second Amended Plan / Notice of Second Amended Joint Chapter 11 Plan of the TSC Debtors |
| 01/12/2012 | 338 | Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc. |
| 01/12/2012 | 339 | Second Amended Disclosure Statement / Notice of Second Amended Disclosure Statement of the TSC Debtors |
| 01/17/2012 | 343 | Order signed on 1/17/2012 Granting RE: (A) Approving the Disclosure Statement for the Joint Chapter 11 Plan of the TSC Debtors and (B) Establishing Solicitation and Voting Procedures with Respect to the Joint Chapter 11 Plan of the TSC Debtors |
| 01/19/2012 | 365 | Transcript regarding Hearing Held on 01/10/2012 10:07AM RE: Notice of Agenda of Matters Schedules for Hearing on January 10, 2012 at 10:00 a.m. (Prevailing Eastern Time); Disclosure Statement: Motion to Approve/Motion for Entry of an Order (A) Approving the Disclosure Statement for the Joint Chapter 11 Plan of the TSC Debtors and (B) Establishing Solicitation and Voting Procedures with Respect to the Joint Chapter 11 Plan of the TSC Debtors (related document(s)149); Motion for Objection to Claim(s) Number:58/TSC Debtors Objection to Claims of Elektrobit Inc.; Motion to Approve Case Management Order (as necessary) with Respect to Objections to Claim of Elektrobit Inc. (Claim No. 58). |
| 01/20/2012 | 381 | Letter Re: Opposing the Restructuring Terrestar Corporation Plans and all financials that does not include the common shareholders earned rights |
| 02/15/2012 | 386 | Objection of the Financial Disclosure |
| 02/22/2012 | 396 | Letter Re: Opposing the Restructuring Terrestar Corporation Plans and all financials that does not include the common shareholders earned rights |

| Bankruptcy Case No. 11-10612 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 02/27/2012 | 403 | Objection /Confirmation objection in response to the TSC debtors' 2nd amended plan of reorganization |
| 03/08/2012 | 417 | Objection /Claim Objections Response of Jeffrey M. Swarts |
| 03/12/2012 | 419 | Order signed on 3/12/2012 DENYING Re: Request for Examiner |
| 03/26/2012 | 442 | Memorandum Opinion And Order Denying Request For Stay Pending Appeal Signed On 3/26/2012 |
| 05/09/2012 | 478 | Response to the Opinion and the Order Denying Request for Stay Pending Appeal |
| 06/27/2012 | 513 | Amended Chapter 11 Plan / Third Amended Joint Chapter 11 Plan of Terrestar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., Terrestar Holdings Inc. and Terrestar New York Inc. |
| 06/27/2012 | 515 | Amended Disclosure Statement / First Supplement to the Second Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of the TSC Debtors |
| 06/28/2012 | 516 | Motion to Approve / Motion for Entry of an Order: (A) Approving the First Supplement to the Second Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of the TSC Debtors; (B) Approving Related Notice and Objection Procedures; (C) Approving Amended Forms of Ballots for the Solicitation of Votes to Accept or Reject the Third Amended Plan; and (D) Scheduling Confirmation Hearing |
| 06/25/2012 | 523 | Letter filed by Aldo I. Perez. (Rodriguez, Maria) Additional attachment(s) added on 7/10/2012 |
| 08/01/2012 | 556 | Letter with attached documents, dated 7/9/2012 Addressed to The Honorable Sean H. Lane |
| 08/10/2012 | 564 | Amended Disclosure Statement / First Amended Supplement to the Second Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of the TSC Debtors |
| 08/10/2012 | 565 | Statement / Notice of Filing Marked Version of the First Amended Supplement to the Second Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of the TSC Debtors |

| Bankruptcy Case No. 11-10612 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 08/15/2012 | 569 | Statement / Notice of Filing of Amended Exhibits to the Second Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Terrestar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., Terrestar Holdings Inc. and Terrestar New York Inc. |
| 08/24/2012 | 591 | Order signed on 8/24/2012 Approving A) Approving the First Supplement to the Second Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of the TSC Debtors; (B) Approving Related Notice and Objection Procedures; (C) Approving Amended Forms of Ballots for the Solicitation of Votes to Accept or Reject the Third Amended Plan; and (D) Scheduling Confirmation Hearing |
| 09/07/2012 | 607 | Letter with attached documents, dated 8/16/2012 Addressed to The Honorable Sean H. Lane |
| 09/20/2012 | 629 | Statement of Elektrobit Inc. in Response to Submission by Aldo I. Perez |
| 09/28/2012 | 638 | Letter Re: Hearing held on August 23, 2012 |
| 10/01/2012 | 639 | Letter Supplementing Objection To The Debtor's Third Amended Joint Chapter 11 Plan |
| 10/05/2012 | 650 | Memorandum of Law in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc. |
| 10/09/2012 | 657 | Statement Notice of Filing Exhibit A to TSC Debtors' Memorandum of Law in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc. |
| 10/10/2012 | 660 | Statement // Notice of Filing Document of Aldo I. Perez Related to Objection to the TSC Debtors' Joint Chapter 11 Plan |
| 10/10/2012 | 661 | Aldo Perez's Supplement To Objection to Debtor's Third Plan of Reorganization |

| Bankruptcy Case No. 11-10612 (SHL) | | |
|---|---|---|
| **Filing Date** | **Docket #** | **Docket Text** |
| 10/10/2012 | 664 | Objection to the Memorandum of Law in Support of Confirmation of 3rd Amended Joint Chapter 11 Plan |
| 10/24/2012 | 668 | Findings of Fact,Conclusions of Law and Order signed on 10/24/2012 Confirming the Joint Chapter 11 Plan of Terrestar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Moitent Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., Terrestar Holdings Inc. and Terrestar New York Inc. |
| 10/23/2012 | 675 | Transcript regarding Hearing Held on 10/10/2012 4:08PM RE: Confirmation Hearing |
| 03/11/2013 | 734 | Statement // Notice of (A) The Occurrence of the Effective Date Under the Joint Chapter 11 Plan of Terrestar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., Terrestar Holdings Inc. and Terrestar New York Inc.; (B) Administrative Claim Bar Date; and (C) Deadline for Professionals to File Final Fee Applications |
| 04/17/2013 | 752 | Memorandum Endorsed Order Signed On 4/11/2013. "DENIED" "The Court Treats This Letter As A Motion For Reconsideration And/Or To Vacate The Confirmation Order. The Court Denies The Request As Untimely And Not Satisfying The High Standard For Such Relief". Re: Letter To Judge Sean H. Lane Dated April 5, 2013, Filed By Aldo Ismael Perez. (Ebanks, Liza) Modified on 5/14/2013 |
| 04/17/2013 | 765 | Memorandum Endorsed Order Signed On 4/11/2013. "DENIED" "The Court Treats This Letter As A Motion For Reconsideration And/Or To Vacate The Confirmation Order. The Court Denies The Request As Untimely And Not Satisfying The High Standard For Such Relief". Re: Letter To Judge Sean H. Lane Dated April 5, 2013, Filed By Aldo Ismael Perez |

New York, New York
Dated: March 3, 2016

*/s/ Joseph L. Sorkin*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis
Joseph L. Sorkin

1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the Reorganized TSC Debtors*